UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROYREGUIES HALL #473044/118979 | CIVIL ACTION NO. 19-cv-0290 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CADDO POLICE DEPT ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Dr. David Nelson's Motion to Dismiss (Doc. 21) is granted and that all claims against Dr. Nelson are dismissed with prejudice for failure to state a claim on which relief may be granted. It is further ordered that all remaining claims, including any claims against Jeorge Nicholas, are dismissed without prejudice for failure to prosecute.

The clerk of Court is directed to close this case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _28th_ day of _May_____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE